UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-00102-JHM-HBB

JUNE CAROL HAMILTON                                                                    PLAINTIFF

VS.

ANDREW SAUL, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for a prejudgment remand, pursuant to sentence six of 42 U.S.C. § 405(g), is **GRANTED**, and the case is **REMANDED**, pursuant to sentence six of 42 U.S.C. § 405(g), to the Commissioner for further proceedings involving consideration of the new and material evidence discussed above.

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to:        Counsel of Record

February 9, 2021